1  **MICHAEL THOMAS, State Bar No. 41597**
2  **MAUREEN F. THOMAS, State Bar No. 105194**
   **JANET L. KEUPER, State Bar No. 128417**
3  **THOMAS AND THOMAS, LLP**

4  COUNTY OF LOS ANGELES, DEPUTY NATHAN GRIMES; DEPUTY JOHN GRIFFITH; DEPUTY KRISTOFFER RANIAG
5  and DEPUTY MAURICE AUSTIN

6                                                     JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARONDA GRAHAM, et al., | Case No. CV 10-05059 DDP (FFMx) |
| Plaintiffs, | JUDGMENT |
| vs. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

The motion of defendants, the County of Los Angeles, Deputy Nathan Grimes, Deputy John Griffith, Deputy Kristoffer Raniag and Deputy Maurice Austin, for summary judgment or, in the alternative, for partial summary judgment on plaintiff's Complaint, came on regularly for hearing by the court, on July 9, 2012, in Courtroom "3," of the above-entitled court, the Honorable Dean D. Pregerson, District Court Judge, presiding. Plaintiffs appeared by counsel, Dale K. Galipo. Defendant, County of Los Angeles, appeared by counsel, Maureen F. Thomas.

After hearing oral argument, and having considered all of the evidence set forth in the papers submitted, and the inferences reasonably deducible therefrom, the Court took the County's motion under submission.

On July 19, 2012, the court issued its ruling and granted summary judgment on plaintiff's Complaint, in its entirety, in favor of all defendants, for reasons stated in the court's July 19, 2012 Order Granting Defendants' Motion for Summary Judgment. Crt. Dkt. No. 67.

1  Accordingly,

2  **IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of
3  defendants, the County of Los Angeles, Deputy Nathan Grimes, Deputy John Griffith, Deputy
4  Kristoffer Raniag and Deputy Maurice Austin, and against plaintiffs, Caronda Graham, Shar'Rhonda
5  Davis and Deborah Jeffrey.

6  Dated: August 2, 2012

_____
HON. DEAN D. PREGERSON,
UNITED STATES DISTRICT JUDGE