1  **MICHAEL THOMAS, State Bar No. 41597**
**MAUREEN F. THOMAS, State Bar No. 105194**
2  **JANET L. KEUPER, State Bar No. 128417**
**THOMAS AND THOMAS, LLP**
3
COUNTY OF LOS ANGELES, DEPUTY
4  NATHAN GRIMES; DEPUTY JOHN
GRIFFITH; DEPUTY KRISTOFFER RANIAG
5  and DEPUTY MAURICE AUSTIN

6                                                           JS - 6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CARONDA GRAHAM, et al.,              )  Case No. CV 10-05059 DDP (FFMx)
                                         )
12                      Plaintiffs,      )  JUDGMENT
                                         )
13           vs.                         )
                                         )
14  COUNTY OF LOS ANGELES, et al.,       )
                                         )
15                      Defendants.      )
    _____   )

16

17        The motion of defendants, the County of Los Angeles, Deputy Nathan Grimes, Deputy John

18  Griffith, Deputy Kristoffer Raniag and Deputy Maurice Austin, for summary judgment or, in the

19  alternative, for partial summary judgment on plaintiff's Complaint, came on regularly for hearing

20  by the court, on July 9, 2012, in Courtroom "3," of the above-entitled court, the Honorable Dean D.

21  Pregerson, District Court Judge, presiding.  Plaintiffs appeared by counsel, Dale K. Galipo.

22  Defendant, County of Los Angeles, appeared by counsel, Maureen F. Thomas.

23        After hearing oral argument, and having considered all of the evidence set forth in the papers

24  submitted, and the inferences reasonably deducible therefrom, the Court took the County's motion

25  under submission.

26        On July 19, 2012, the court issued its ruling and granted summary judgment on plaintiff's

27  Complaint, in its entirety, in favor of all defendants, for reasons stated in the court's July 19, 2012

28  Order Granting Defendants' Motion for Summary Judgment. Crt. Dkt. No. 67.

1    Accordingly,

2    **IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of

3    defendants, the County of Los Angeles, Deputy Nathan Grimes, Deputy John Griffith, Deputy

4    Kristoffer Raniag and Deputy Maurice Austin, and against plaintiffs, Caronda Graham, Shar'Rhonda

5    Davis and Deborah Jeffrey.

6    Dated: August 2, 2012

7

8    _____

9    HON. DEAN D. PREGERSON,
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28